COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Patrick Leon Washington v. The State of Texas

Appellate case number:       01-17-00905-CR

Trial court case number:     1490417

Trial court:                 208th District Court of Harris County

Appellant, Patrick Leon Washington, has filed a "Motion to Strike Current Appellant's Brief and Substitute the Brief Being Filed With This Motion." We **grant** the motion.

The filing of appellant's corrected brief on July 2, 2018, does not modify any deadlines in this appeal.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually     ☐ Acting for the Court

Date: July 10, 2018